BANK v. MOSS

No. 108 PC.

Case below: 32 N.C. App. 499.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 June 1977.

BLANTON v. MANESS

No. 112 PC.

Case below: 32 N.C. App. 577.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 13 June 1977.

BUSINESS FUNDS CORP. v. DEVELOPMENT CORP.

No. 90 PC.

Case below: 32 N.C. App. 362.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 June 1977. Appeal dismissed ex mero motu 13 June 1977.

CALDWELL v. REALTY CO.

No. 129 PC.

Case below: 32 N.C. App. 676.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 June 1977.

DRUMMOND v. DRUMMOND

No. 147 PC.

Case below: 33 N.C. App. 240.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 June 1977.